IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID EDWARD KILEY,**

    **Plaintiff,**
v.                                                                              CASE NO. 4:04-cv-00129-MP-AK

**PRISON HEALTH SERVICES AND STAFF,**
**et al,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Notice to Dismiss Defendants J. Edwards, Susan Cole, and A. Bundidge.  (Doc. 37).  Plaintiff also seeks leave to conduct discovery as to the identity of other defendants.  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants Edwards, Cole and Bundidge are hereby **DISMISSED** from this lawsuit.  **This matter shall proceed as to the other named defendants**.  Further, Plaintiff may file a motion for discovery and attach his proposed written interrogatories to the Defendants in an effort to ascertain the identity of certain individuals whom he was unable to identify by name when he filed his complaint.

**DONE AND ORDERED** at Gainesville, Florida, this  **8**[th]  day of June, 2005.

                                                          s/ A. KORNBLUM
                                                          **ALLAN KORNBLUM**
                                                          **UNITED STATES MAGISTRATE JUDGE**