IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID EDWARD KILEY,**

    **Plaintiff,**

v.                                                                   **CASE NO. 4:04-cv-00129-MP-AK**

**PRISON HEALTH SERVICES AND STAFF,**
**et al,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Compel responses to interrogatories and requests for production of documents. (Doc. 53). By Order dated August 31, 2005, the Court granted Plaintiff leave to serve discovery and deemed it served upon Defendants on that date. (Doc. 52). Plaintiff has moved to compel these responses asserting that no responses have been made. Defendants have also not responded to the present motion to compel.

Defendants' failure to timely respond to Plaintiff's request for production of documents constitutes a waiver of any objections, and Defendants must provide all requested documents which are within their possession, custody or control within the meaning of Fed. R. Civ. P. 34(a). Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); Perry v. Golub, 74 F.R.D. 360, 363 (N.D. Ala. 1976). Further, Defendants' failure to respond timely to Plaintiff's interrogatories constitutes a waiver of any objections to those interrogatories, and they must answer them fully. Fed. R. Civ. P. R. 33(b)(4).

Accordingly, it is

**ORDERED:**

Defendants shall forthwith serve Plaintiff with responses to the discovery requests described in the Court's Order dated August 31, 2005.

**DONE AND ORDERED** this **21st** day of October, 2005

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**