**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID EDWARD KILEY,**

    **Plaintiff,**

v.                                                            **CASE NO. 4:04-cv-00129-MP-AK**

**J. EDWARDS, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff brings this cause pursuant to 42 U.S.C. §1983 alleging that the Defendants were deliberately indifferent to his serious medical needs. (Doc. 9).

Defendant Rebecca Mohrman[1] has filed a special report, which the Court has construed as a motion for summary judgment (doc. 31), wherein she disputes Plaintiff's claims that she dispensed medication and ignored his requests for stronger medication on the primary ground that she has never dispensed medication and that Plaintiff must have confused her with another staff member. (Doc. 31, p. 3).

Plaintiff has filed a reply (doc. 68), wherein he concedes that he has reviewed the evidence submitted with the special report, as well as information obtained during discovery, and agrees that she is not the person he thought she was and is in fact Jane Doe #2, as named in the complaint. The Court has by separate order denied his request to amend his complaint and name her in place of Jane Doe #2 because the claims he asserts against Jane Doe #2 do not state a claim for relief.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant

---

[1] Plaintiff has incorrectly spelled her last name "Mohanan."

Rebecca Mohrman's Motion for Summary Judgment (doc. 31) be **GRANTED**, and the claims raised against her in the amended complaint (doc. 9) be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**IN CHAMBERS** at Gainesville, Florida, this __14th__ day of April, 2006.

        **s/ A. KORNBLUM**
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**