IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID EDWARD KILEY,**

    Plaintiff,

vs.                                                  **CASE NO. 4:04CV129-MMP/AK**

**T. MILLS, et al,**

    Defendants.

_____/

## O R D E R

By previous Order (doc. 76), Defendant Nadine Thomas was dismissed by voluntary motion of the Plaintiff. (Doc. 69). Consequently, Defendant Thomas' Motion for Summary Judgment (doc. 32) is hereby **DEEMED MOOT.**

**DONE AND ORDERED** this **27th** day of February, 2007.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**