IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID EDWARD KILEY,

      Plaintiff,

v.                                      CASE NO. 4:04-cv-00129-MP-AK

T. MILLS,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 86, Report and Recommendation of the
Magistrate Judge, recommending that Defendant Mills' Motion for Summary Judgment, be
granted, and this case dismissed with prejudice.  The Magistrate Judge filed the Report and
Recommendation on Thursday, March 1, 2007.  The parties have been furnished a copy of the
Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United
States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to
which an objection has been made.

Plaintiff Kiley filed this action pursuant to 42 U.S.C. § 1983, alleging that Defendant
Tommy Mills was deliberately indifferent to his serious medical needs, and thereby violated his
rights under the Eighth Amendment.  In his amended complaint, Plaintiff states that he slipped
and fell in the shower, injuring his back and shoulder.  Plaintiff alleges that he "submitted
requests and grievances to the jail supervisor, Defendant Captain T. Mills, seeking help in
getting medical treatment, but these were only re-routed to the Medical Department. He refused
to address these issues."  In his affidavit, Defendant Mills states that he has no authority to
diagnose or treat medical conditions, and that it was his practice to forward all grievances or

requests concerning medical care to the Health Services Administrator employed by Prison

Health Services.

Based on the facts presented, the Magistrate recommends granting Defendant's Motion

for Summary Judgment because Plaintiff has failed to show that Defendant Mills' response to his

request for medical care was insufficient, or that Defendant was deliberately indifferent to

Plaintiff's medical needs.  Plaintiff has filed objections to the Magistrate's Report, Doc. 90.

Plaintiff argues that he meets both the objective and subjective requirements of stating an Eighth

Amendment claim, since he demonstrated a serious medical need of which Defendant was

aware.  However, it is unclear what Plaintiff alleges as "deliberate indifference."  Plaintiff

requested medical treatment, and Defendant–who is responsible for security at the Medical

Unit–gave Plaintiff's requests directly to the Health Services Administrator.  Plaintiff was seen

by a nurse, x-rays were taken, and Plaintiff was given medication.  The Court agrees with the

Magistrate that nothing in the facts supports any claim of deliberate indifference by Defendant

Mills.  Therefore, having considered the Report and Recommendation, and the objections

thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 86, is adopted and
      incorporated by reference in this order;

2.    Defendant Mills' Motion for Summary Judgment, Doc. 30, is GRANTED;

3.    Plaintiff Kiley's amended complaint, Doc. 9, is DISMISSED for failure to state a
      claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**DONE AND ORDERED** this  _10th_ day of April, 2007

_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge